GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX:     (208) 734-2783
trustee@filertel.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| Shawna Lee Correa and | ) | Case No.: 13-41185-JDP |
| | ) | |
| Kaiokaikaika Christopher Correa | ) | |
| | ) | |
| Debtor(s) | ) | |

**Notice of Sale by Trustee**

Notice of Sale by Trustee
and Opportunity to Object and for a Hearing

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE DEBTOR(S), DEBTOR(S) ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

1. PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC §§ 363, Bankruptcy Rule 6004 and LBR 2002.1.  This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (801 East Sherman, Pocatello, ID 83201) and the Trustee as required above.

2. DESCRIPTION OF PROPERTY TO BE SOLD: All the bankruptcy estate's interest in and to the following:

    2004 C&B 3-horse trailer; VIN: 4JUHC17224N012997

3. TYPE OF SALE:  Private Sale to Shawna Lee and Kaiokaikaika Christopher Correa.

4. TERMS OF SALE:  $3,000.00 Cash

5. TIME AND PLACE OF SALE:  Sale will be final twenty-one (21) days after the date of service of this notice, unless a written objection and request for hearing is received by the U.S. Bankruptcy Court at 801 E. Sherman, Pocatello, ID 83201, and a copy provided to the Trustee, Gary L. Rainsdon at P.O. Box 506, Twin Falls, ID 83303.

6. TREATMENT OF EXISTING LIENS:
    a. ( ) Sale free and clear of all liens with all valid liens to attach to the sale proceeds.
    b. (x) Trustee knows of no valid liens claimed against the property.
    c. ( ) Trustee may immediately pay the liens listed below without further notice and hearing.
    d. (x) The following liens will remain with the property after the sale: Any valid lien that exists

7. VALUE OF PROPERTY TO BE SOLD:
    a. (x) The Trustee estimates the fair market value of the property is $3,000.00, based on Trustee's estimated auction sale value from photos of the trailer sent to the Trustee, and less applicable exemptions.
    b. ( ) An appraisal of
    c. ( ) Other:

8. AUTHORITY FOR CONDUCTING SALE:
    a. ( ) 11 USC 363(f)(1)           ( ) 11 USC 363(f)(2)
    b. ( ) 11 USC 363(f)(3)           ( ) 11 USC 363(f)(4)
    c. ( ) 11 USC 363(f)(5)           (X) Other: 11 USC 363(b)(1)

9. MISCELLANEOUS INFORMATION:
    a. (x) This sale shall be effective immediately and the fourteen day stay imposed by Rule 6004(h) and other rules is hereby waived.

    b. (x) Net proceeds to be retained by the estate are estimated at $3,000.00

10. ADDITIONAL TERMS OF SALE:  The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied.

Dated this Monday, February 03, 2014.

                                      /s/
                            GARY L. RAINSDON, TRUSTEE

cc:    U.S. Trustee, ECF